IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 23 C 3907 |
| DUPAGE OVERHEAD GARAGE DOORS, INC., an Illinois corporation, | ) ) ) ) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) | |

## JOINT INITIAL STATUS REPORT

The Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, by their attorney, and Defendant, DUPAGE OVERHEAD GARAGE DOORS, INC., by their attorney, and pursuant to the Court's August 23, 2023 Order [Dkt. 9], hereby submit an Initial Status Report and state as follows:

1. Attorneys of Record:

    The attorneys of record for the Plaintiffs are Catherine M. Chapman, Patrick N. Ryan, and Rebecca L. Andruzzi of Baum Sigman Auerbach & Neuman, Ltd. Rebecca L. Andruzzi is the lead trial attorney.

    The attorneys of record for the Defendant are Todd A. Miller, Kathleen M. Cahill, and Megan M. Moore of Allocco, Miller & Cahill, P.C.

2. Basis of Subject Matter Jurisdiction:

    The basis for federal jurisdiction is the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145. Jurisdiction is found on the existence of questions arising under ERISA and under 28 U.S.C. §1335.

3. <u>Nature and Scope of Case, Principal Legal Issues and Principal Factual Issues</u>:

   The nature of the claims asserted in Plaintiffs' Complaint relate to the Funds' entitlement to fringe benefit contributions on behalf of Defendant's employees performing bargaining unit work under the terms of the applicable collective bargaining agreement and Agreements and Declarations of Trust.

   The principal legal issue will be whether the Defendant violated ERISA by failing to remit payment of all contributions, liquidated damages, interest, and audit fees found due pursuant to the audit of Defendant's payroll books and records for the audit period July 1, 2020 through June 30, 2022.

   The principal factual issue is whether the amounts identified in the audit report for the payroll audit conducted for the audit period July 1, 2020 through June 30, 2022 are due and owing pursuant to the Parties' collective bargaining agreement.

4. <u>Service of Process</u>:

   Defendant was served on August 24, 2023, via Alias Summons on Defendant's President, Pete Grazioli.

5. <u>Consent to Magistrate Judge</u>:

   Plaintiffs do not consent to proceed before the assigned Magistrate Judge at this time.

6. <u>Jury Trial</u>:

   The Parties do not demand trial by a jury.

7. <u>Discovery</u>:

   No discovery has occurred as of this date. The Parties will serve their initial disclosures pursuant to Rule 26(a)(1) by October 16, 2023.

8. <u>Settlement</u>:

   The Parties have engaged in settlement discussions which remain ongoing.

9. <u>Proposed Discovery Schedule</u>:

   a. Joining Parties: The Parties do not anticipate additional parties.

   b. Amending Pleadings: The Parties do not anticipate amending the pleadings.

    c.  Completing Discovery: The Parties propose that fact discovery be completed by December 15, 2023.

    d.  Filing Dispositive Motions: The Parties propose that dispositive motions be filed 30 days after the close of discovery.

10.  <u>Next Status Report</u>:

    October 27, 2023

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| <u>/s/ *Rebecca L. Andruzzi*</u><br>Attorney for Plaintiffs<br>BAUM SIGMAN AUERBACH<br>    & NEUMAN, LTD.<br>200 W. Adams St., Ste. 1825<br>Chicago, IL 60606-5250<br>Direct: (312) 216-2550<br>Email: randruzzi@baumsigman.com | */s/ Kathleen M. Cahill*<br>Attorney for Defendant<br>ALLOCCO, MILLER & CAHILL, P.C.<br>20 N. Wacker Dr., Ste. 3517<br>Chicago, IL 60606<br>Direct: (312) 288-8220<br>Email: kmc@alloccomiller.com |

Names and Address of Attorneys for Plaintiffs:
Catherine M. Chapman
Patrick N. Ryan
Rebecca L. Andruzzi
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6338666
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
Email: randruzzi@baumsigman.com

i:\midj\dupage overhead door\joint status report (final) 9 22 23 rla.kp.docx

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Joint Initial Status Report) with the Clerk of the Court using the CM/ECF system which send notice to the following CM/ECF participant on or before the hour of 5:00 p.m. this Friday, September 22, 2023:

Kathleen M. Cahill
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Dr., Ste. 3517
Chicago, IL 60606
kmc@alloccomiller.com

                                                    */s/ Rebecca L. Andruzzi*

Names and Address of Attorneys for Plaintiffs:
Catherine M. Chapman
Patrick N. Ryan
Rebecca L. Andruzzi
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6338666
Telephone: (312) 216-2550
Facsimile: (312) 236-0241
Email: randruzzi@baumsigman.com
i:\midj\dupage overhead door\joint status report (final) 9 22 23 rla.kp.docx